RECEIVED
JUN 09 2026
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

IN THE US DISTRICT COURT FOR M.D. TENNESSEE AT NASHVILLE

TONY DEBERRY

V CASE # 3:26-CV-00360

CHAD YOUKER

MOTION TO INTERVENE & JOIN

COMES NOW, NON-PARTY, ROBERT GORDON HEREBY MOVES THIS COURT TO INTERVENE & JOIN CASES PURSUANT TO FRCP 24 & 20

NON-PARTY ROBERT GORDON ASSERTS CLASS ACTION CERTIFICATION IS PENDING IN CASE # 3:26-CV-00046 MD TENN. JUDICIAL ECONOMY IS IN FAVOR OF JOINING ALL CASES VS CHAD YOUKER AS ALL CLAIMS ARE COMMON & TYPICAL, REQUESTING THE SAME RELIEF. THERE ARE OVER 100 ACTIVE CASES INVOLVING THE SAME ISSUE VS YOUKER

NON-PARTY REQUEST RELIEF TO INTERVENE & JOIN ACTIONS.

[signature]

CERTIFICATE OF SERVICE

I CERTIFY A TRUE & EXACT COPY WAS SENT ON 6/3/26 VIA US MAIL TO DEF & PTF AT 408 CENTURY CT FRANKLIN, TN 37064

[signature]

Robert C Gordon
#65920
408 Century Ct
Franklin, TN 37064

RECEIVED
JUN 09 2026
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

NASHVILLE TN 370
6 JUN 2026 PM 6 L




US District Court Clerk
719 Church St #1300
Nashville, TN 37

Legal
Mail

37203-709525

Legal

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

FSC MIX Envelope FSC® C137131

© USPS 2022