**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **TONY DEBERRY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **NO. 3:26-cv-00360** |
| **v.** | ) | **District Judge Aleta Trauger** |
| | ) | **Magistrate Judge Evans** |
| | ) | |
| **CHAD YOUKER,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## NOTICE OF APPEARANCE

Comes Lee Ann Thompson of Buerger, Moseley & Carson, PLC, and gives notice of her representation of the Defendant Chad Youker in the above-referenced matter. This Notice of Appearance is not intended to constitute a waiver of any objection to personal jurisdiction, service of process, improper joinder or any other defense or objection in this matter, which defenses and objections are expressly reserved.

Respectfully submitted,

/s/ Lee Ann Thompson
Lee Ann Thompson, BPR# 28040
**BUERGER, MOSELEY & CARSON, PLC**
*Attorney for Chad Youker*
4068 Rural Plains Circle, Suite 100
Franklin, TN 37064
Telephone: (615) 794-8850
Email: lthompson@buergerlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document has been filed and placed in USPS Mail to Pro Se Plaintiff, Tony DeBerry #44484, Williamson County Jail, 408 Century Court, Franklin, TN 37064 on this the 19th day of June, 2026.

/s/ Lee Ann Thompson______________