075-3:2026-CV-00360-1

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN

*See "Instructions for Service of Process by U.S. Marshal"*

| | |
|---|---|
| PLAINTIFF<br>TONY DEBERRY | COURT CASE NUMBER<br>3:26-cv-[redacted] 00360 |
| DEFENDANT<br>CHAO YOUKER | TYPE OF PROCESS<br>SUMMONS / COMPLAINT |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: CHAO YOUKER
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*: 408 CENTURY CT FRANKLIN TN 37064

| | |
|---|---|
| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW<br>TONY DEBERRY<br>408 CENTURY CT<br>FRANKLIN TN 37064 | Number of process to be served with this Form 285<br>Number of parties to be served in this case<br>Check for service on U.S.A. |

FILED
2026 JUN 22 AM 9:14
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*: WILLIAMSON COUNTY SHERIFF OFFICE

| Signature of Attorney other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| [signature] | ☒ PLAINTIFF<br>☐ DEFENDANT | | 6/6/26 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 075 | No. 075 | A. Allen | 6/10/26 |

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc , at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date | Time | |
|---|---|---|---|
| Terrie Payne, Programs Supervisor | 6/16/26 | 1355 | ☐ am ☒ pm |

| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy |
|---|---|
| | [signature] DUSM |

| Service Fee | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $130.00 | $34.80 | | $164.80 | | $164.80 |

REMARKS
1 DUSM
2 hours - $130.00
48 miles - $64.80

PRIOR VERSIONS OF THIS FORM ARE OBSOLETE

Form USM-285
Rev. 11/18

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

TONY DEBERRY
*Plaintiff*

v.

CHAD YOUKER
*Defendant*

Civil Action No. 3:26-cv-[redacted] 00 360

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

CHAD YOUKER
408 CENTURY CT
FRANKLIN TN 37064

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

TONY DEBERRY
408 CENTURY CT
FRANKLIN, TN 37064

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 6/9/2026

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

*Signature of Clerk or Deputy Clerk*

RETURN COPY

Civil Action No. 3:26-cv-00046

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Chad Youker

was received by me on *(date)* 6/10/26 .

☐ I personally served the summons on the individual at *(place)* ______ on *(date)* ______ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ______ , a person of suitable age and discretion who resides there, on *(date)* ______ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Terrie Payne , who is designated by law to accept service of process on behalf of *(name of organization)* Chad Youker on *(date)* 6/16/26 ; or

☐ I returned the summons unexecuted because ______ ; or

☐ Other *(specify)*:

My fees are $ $34.80 for travel and $ $130.00 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 6/16/26

[signature]
*Server's signature*

Brian Biermann, DUSM
*Printed name and title*

719 Church St. Nashville, TN
*Server's address*

Additional information regarding attempted service, etc: