IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| **TONY DEBERRY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case No. 3:26-cv-00360** |
| **v.** | ) | **District Judge Trauger** |
| | ) | **Magistrate Judge Evans** |
| **CHAD YOUKER,** | ) | |
| | ) | |
| **Defendant.** | ) | |

# MOTION TO STAY PROCEEDINGS PENDING RESOLUTION OF MOTION TO DISMISS

Comes Defendant Chad Youker, in his official and individual capacities, and pursuant to Fed. R. Civ. P. 6(b)(1)(A) and L.R. 6.01(a), submits this Motion to Stay Proceedings Pending Resolution of the pending Motion to Dismiss. For cause, Youker would show to the Court that he has a currently pending Motion to Dismiss based upon qualified immunity defenses, and that proceeding with discovery would impinge upon the protections from participating in discovery that are afforded to government officials while such motions are pending. Further, Youker would show that as to the claims against him in his official capacity, the determination of his individual capacity entitlement to qualified immunity will be dispositive, because "[a] municipal policymaker cannot exhibit fault rising to the level of deliberate indifference to a constitutional right when that right has not yet been clearly established." *Arrington-Bey v. City of Bedford Heights*, No. 16-3317, 2017 U.S. App. LEXIS 9207 (6th Cir. Feb. 24, 2017) (quoting *Hagans v. Franklin Cty. Sheriff's Office*, 695 F.3d 505, 511 (6th Cir. 2012)

For the reasons discussed herein and in the accompanying Memorandum of Law, Youker respectfully requests that the Court stay these proceedings until the Motion to Dismiss is resolved.

Respectfully submitted,

/s/Lee Ann Thompson
Lee Ann Thompson, BPR# 28040
**BUERGER, MOSELEY & CARSON, PLC**
*Attorney for Defendant Chad Youker*
4068 Rural Plains Circle, Suite 100
Franklin, TN 37064
Telephone: (615) 794-8850
Email: lthompson@buergerlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been electronically filed and mailed via USPS Mail on the 9th day of July 2026 to:

Tony DeBerry, #44484
Williamson County Jail
408 Century Court
Franklin, TN 37064

/s/Lee Ann Thompson
Lee Ann Thompson