UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TONY DEBERRY, | |
| Plaintiff, v. | Case No. 3:26-cv-00360 |
| | Judge Aleta A. Trauger |
| | Magistrate Judge Luke A. Evans |
| CHAD YOUKER, et al., | |
| Defendant. | |

## <u>ORDER</u>

The Clerk's Office is DIRECTED to transfer this matter to Magistrate Judge Holmes for all future proceedings.

It is so ORDERED.

LUKE A. EVANS
United States Magistrate Judge